**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM, | No. C 05-0058 MEJ<br>No. C 05-0527 MEJ |
| Plaintiff(s), | Related Cases |
| vs. | **SETTLEMENT REFERRAL** |
| JIM SUPPORT ENTERPRISES, et al., | **ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |
| Defendant(s). _____/ | |
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM, | |
| Plaintiff(s), | |
| vs. | |
| CERUZZI CONCEPTS, INC., a Georgia corporation, and LOUIS CERUZZI, an individual _____/ | |

On June 9, 2005, the Court held a Case Management Conference in the above-captioned matter. Pursuant to discussions at the conference, the Court hereby ORDERS as follows:

1) The parties are referred to a magistrate judge to conduct a settlement conference within 60 days from the date of this Order;

2) the Court shall conduct a further case management conference on October 6, 2005 at 10:00 a.m. in Courtroom B; and

3) although the Court is not scheduling pretrial matters at this time, the parties shall adhere to all initial discovery requirements as per the Patent Local Rules.

**IT IS SO ORDERED.**

Dated: June 9, 2005         /s/ Maria-Elena James
                            MARIA-ELENA JAMES
                            United States Magistrate Judge

2