UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK G. ESSLER,<br>dba THEJOYRIDER.COM,<br><br>      Plaintiff(s),<br><br>  v.<br><br>JIM SUPPORT ENTERPRISES, ET AL.,<br><br>      Defendant(s).<br>_____/<br><br>AND RELATED CASES.<br>_____/ | No. C-05-0058 MEJ (JCS)<br>Related Case No. C-05-0527 MEJ (JCS)<br><br>**NOTICE AND ORDER<br>CONTINUING SETTLEMENT<br>CONFERENCE**<br><br>(PATENT CASES)<br><br>(E-FILING CASES) |

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that, at the request of counsel, the Settlement Conference previously scheduled for August 30, 2005, at 9:30 a.m., has been continued to **October 25, 2005, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    **Additionally, lead trial counsel and their client representatives who have UNLIMITED settlement authority are ORDERED to meet and confer *in person* on or before September 26, 2005, to discuss settlement.  Two weeks before the meeting, Plaintiff(s) shall make a settlement proposal, in writing, with a copy to the undersigned.  One week before the meeting, Defendant(s) shall respond and make a counter-proposal, in writing, with a copy to the undersigned.  Lead trial counsel shall appear at the Settlement Conference with client representatives who have UNLIMITED settlement authority.**

    **Each party shall prepare a Settlement Conference Statement, which must be lodged with the undersigned's Chambers no later than fourteen (14) calendar days prior to the conference.**

1  The Settlement Conference Statement should NOT be electronically filed with the Clerk of the Court, and
2  need not be served on opposing counsel.
3       The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the
4  date set for Settlement Conference. All other provisions of this Court's original Notice of Settlement
5  Conference and Settlement Conference Order remain in effect.
6       IT IS SO ORDERED.

Dated: August 12, 2005

JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California