IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>JIM SUPPORT ENTERPRISES, et al.,<br><br>    Defendant(s).<br>_____/<br><br>AND RELATED CASES<br>_____/ | No. C 05-0058 MEJ<br>Related Case No. C 05-0527 MEJ<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

   On November 3, 2005, the Court granted the parties' stipulated request to continue the case management conference in this matter. Due to inadvertent error, the Court scheduled the conference for January 19, 2005. The Court hereby AMENDS the November 3 Order to reflect the correct date for the conference - January 19, 2006.

   **IT IS SO ORDERED.**

Dated: November 9, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge